JOHN A. ANDERSON *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued April 12th—decided June 15th, 1911.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Curtis, J.;* verdict and judgment for the plaintiff for $4,700, and appeal by the defendant. *No error.*

*Harry G. Day* and *Thomas M. Steele,* for the appellant (defendant).

*Charles S. Hamilton,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New Haven County.